# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ONE BANK & TRUST, NA                                                        PLAINTIFF

VS.                        5:17-CV-00051-BRW

CHICAGO TITLE INSURANCE COMPANY                            DEFENDANT

## ORDER

The parties filed a stipulation seeking dismissal <u>without</u> prejudice; however, the Court's Order entered on October 23, 2017 (Doc. No. 14) mistakenly dismissed the case <u>with</u> prejudice. Accordingly, the Court's October 23, 2017 Order (Doc. No. 14) is VACATED, and this case is DISMISSED WITHOUT PREJUDICE consistent with the parties' stipulation (Doc. No. 13).

The Court retains jurisdiction to enforce the settlement agreement if necessary.

IT IS SO ORDERED this 24th day of October, 2017.

                                                                         /s/ Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE